CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2015 SEP 29 P 12: 23

RECEIVED

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------X
In re:                                              Case No. 1-15-44364-nhl

   FRANKLIN TORRES                                  Chapter 13

                        Debtor(s)
---------------------------------------X

### APPLICATION FOR WITHDRAWAL OF CASE

To the Hon. Nancy Hershey Lord, Bankruptcy Judge:

I, Franklin Torres, Debtor herein, make this application to seek entry of an Order to withdraw my Chapter 13 case.

In support of the relief requested, I hereby allege as follows:

I am withdrawing my bankruptcy petition as I am trying to resolve my mortgage issues with the Supreme Court and they have advised me I need to withdraw this to proceed.

WHEREFORE, Movant prays for the entry of an Order granting the relief requested.

Dated: September 29, 2015

By: _____
(signature of debtor)
Type or Print Name: Franklin Torres
Address: 104-65 Roosevelt Avenue
         Cornona, New York 11368
Phone Number: (917) 560-7640